UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PAUL HARDEN,
              Plaintiff,

**ORDER**

v.

19 CV 3839 (VB)

SERGEANT SAHAD and LORIE BADGER,
              Defendants.
--------------------------------------------------------------x

      Plaintiff, proceeding pro se and in forma pauperis, brings this civil rights action against defendants Sergeant Sahad and Lorie Badger. (Doc. #2).

      On April 13, 2020, defendants moved to dismiss plaintiff's second amended complaint. (See Doc. #34).

      By letter dated April 20, 2020, plaintiff requested a 60-day extension of time to respond to defendants' motion. (Doc. #36). By Order dated April 23, 2020, the Court extended to June 29, 2020, plaintiff's time to oppose the motion. (Doc. #37).

      By letter dated June 22, 2020, plaintiff requested a further extension of time, for four weeks, to respond to defendants' motion. (Doc. #42). By Order dated June 29, 2020, the Court extended to July 27, 2020, plaintiff's time to oppose the motion. (Doc. #43).

      Plaintiff failed to oppose the motion by July 27, 2020. Accordingly, by Order dated August 7, 2020, the Court sua sponte extended to September 8, 2020, plaintiff's time to oppose defendants' motion. (Doc. #44). The August 7 Order warned plaintiff, in bold and underlined font, that if plaintiff failed to respond to the motion by September 8, 2020, the motion would be deemed fully submitted and unopposed. (Id.).

      To date, plaintiff has failed to oppose the motion or seek an extension of time in which to do so.

      Accordingly, the Court deems the motion fully submitted and unopposed, and will consider the motion in due course.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

1

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 16, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge