**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PAUL HARDEN,

                Plaintiff,

   -against-                                  19 **CIVIL** 3839 (VB)

                                                        **JUDGMENT**

LORIE BADGER and SERGEANT SAHAD,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated December 7, 2020, the motion to dismiss is GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:**  New York, New York

      December 8, 2020

                                                        **RUBY J. KRAJICK**

                                                          Clerk of Court
                             **BY:**      K. Mango

                                                           **Deputy Clerk**